**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00513-CR
No. 05-12-00514-CR

**MENDOZA, MIGUEL ANGEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-50983-M, F08-50984-M**

## ORDER

On October 5, 2012, October 26, 2012, November 14, 2012, and December 10, 2012, the Court sent the trial court judge letters informing him that we have not received the trial court's certifications of appellant's right to appeal in these cases. The certifications are required by Texas Rule of Appellate Procedure 25.2(d). To date, we have not received the certifications, nor have we had any communications from the trial court judge or the parties regarding the status of the certifications.

Accordingly, this Court **ORDERS** the trial court to file, within **TEN DAYS** of the date of this order, certifications of appellant's right to appeal that accurately reflect the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following:

- Honorable Ernest White, Presiding Judge, 194th Judicial District Court;

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division,

- Celia Sams, appellant's attorney; and

- Michael Casillas, Dallas County District Attorney's Office.


/s/    DAVID EVANS
        JUSTICE